[Not for Publication]
United States Court of Appeals
For the First Circuit


No. 97-1932

MARY V. PRATT,

Plaintiff, Appellant,

v.

KELLEY C. PHILBROOK,

Defendant, Appellee.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Michael A. Ponsor, U.S. District Judge] 



Before

Stahl, Circuit Judge. 
Campbell, Senior Circuit Judge, 
and Lynch, Circuit Judge. 



William F. Scannell, Jr. with whom Edward W. McIntyre was on 
brief for appellant.
Paul G. Pino with whom Clark, Balboni & Gildea was on brief for 
appellee.



February 11, 1998


Per curiam. In this appeal, plaintiff-appellant Per curiam. 

Mary V. Pratt asserts that the district court acted outside

its discretion in concluding that her failure to comply with

the terms of its sixty-day Settlement Order of Dismissal was

not a result of "excusable neglect." See generally Pioneer 

Inv. Servs. Co. v. Brunswick Assocs. Ltd., 507 U.S. 380 

(1993) (explaining the concept of "excusable neglect").

Having carefully reviewed the court's determinations -- as

set forth in its comprehensive opinion -- in the light of

plaintiff's appellate arguments, we perceive no abuse of

discretion. The court's factual findings are well supported

and its mixed fact/law determinations are unassailable.

Affirmed. Costs to appellee. Affirmed. Costs to appellee. 

-2- 2